UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X

In Re:                                                                 Chapter 11

ANDREW VELEZ CONSTRUCTION, INC.,           Case No. 06-12765 (MG)

                 Debtor.

---------------------------------X

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):        $395,180.09

FEE for ATTORNEY for DEBTOR:                $244,273.42

OTHER PROFESSIONAL FEES and ALL EXPENSES:    $150,906.67

TRUSTEE FEE:                                    Not applicable.

FEE for ATTORNEY for TRUSTEE:               Not applicable.

% DIVIDEND PAID/TO BE PAID:                  25.224%

☐      FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined):

INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED:    Yes

☐      OTHER: (explain)

Date: June 25, 2009
Brooklyn, New York

                                              /s/Norma E. Ortiz
                                              Norma E. Ortiz
                                              Ortiz & Ortiz, L.L.P.
                                              127 Livingston Street
                                              Brooklyn, New York 11201
                                              Attorneys for the Debtor
                                              Tel. (718) 522-1117